IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERONICA DOMINGUEZ,

    Plaintiff,                                No. CIV S-02-0162 KJM

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,         ORDER

    Defendant.
_____/

        On November 28, 2005, plaintiff's counsel filed a motion for attorneys' fees under 42 U.S.C. § 406. Judgment was entered in this action on March 17, 2003. Based on the stipulation of the parties, EAJA attorney fees in the amount of $5,400.00 were awarded to plaintiff. Under the scheduling order filed January 17, 2002, the pending motion for fees was to be filed within thirty days after entry of final judgment and was to be served on the client. There is no indication that the instant motion was served on the client and no explanation is offered as to why the motion was filed over two years after entry of final judgment. Moreover, plaintiff was provided with a notice of award dated December 27, 2003 and plaintiff's counsel was advised in a letter dated June 12, 2004 from the Social Security Administration that the sum of $16,850.43 had been withheld from plaintiff's past-due benefits in anticipation of direct payment of an

authorized attorney's fee and that these funds could not be released absent written authorization from plaintiff's counsel.  Pl.'s Mem. filed November 28, 2005, Exs. 3, 4.  Plaintiff's counsel concedes in the instant motion that at least $5,400.00 of the withheld sum has always been due plaintiff because of the dollar-for-dollar EAJA offset.  Under these circumstances, based on the record before the court, the unwarranted delay in filing the instant motion is inexcusable.

Accordingly, IT IS HEREBY ORDERED that the motion for attorneys' fees under 42 U.S.C. § 406 is denied.

DATED: September 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
dominguez2.fee

2