IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERONICA DOMINGUEZ,

    Plaintiff,                    No. CIV S-02-162 KJM

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,        ORDER

    Defendant.
                                 /

        Plaintiff's counsel has filed a request for new hearing with respect to this court's denial of attorneys' fees under 42 U.S.C. § 406. Good cause appearing, IT IS HEREBY ORDERED that the request is granted. Within thirty days counsel shall submit the following:

        1. A signed statement from plaintiff regarding whether she has any objection to an award of fees under 42 U.S.C. § 406.

        2. A copy of the November 11, 2005 notice from the Office of Central Operations.

DATED: October 11, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

006 dominguez3.fee

1